FILED

08/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0710

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 19-0710

CITY OF MISSOULA,

      Plaintiff and Appellee,

v.

CHRISTIAN BRIDENSTINE,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 28, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2020